IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.   No.   **CV 16-710-WJ-LAM**
                     **CR 11-670-WJ**

**EDWIN VISMAR URENA-HERNANDEZ,**

    **Defendant.**

## ORDER

    **THIS MATTER** is before the Court, *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (*CV Doc. 1; CR Doc. 46*).  The Court will direct the United States to answer Defendant's motion.

    **IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (*CV Doc. 1; CR Doc. 46*) and supporting papers and exhibits, if any, together with a copy of this Order;

    **IT IS FURTHER ORDERED** that, **within thirty (30) days of entry of this Order**, the United States answer Defendant's § 2255 motion.

    **IT IS SO ORDERED.**

                                        */s/ Lourdes A. Martínez*
                                        **LOURDES A. MARTÍNEZ**
                                        **UNITED STATES MAGISTRATE JUDGE**